UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDELL P. SMITH; MIGUELINA M. OSORIO,

Plaintiffs,

-against-

618 RIVERSIDE DRIVE OWNERS INC.; PANAGIOTIS PETER MOUTSAKIS; GUIDANCE REALTY & PROPERTY MANAGEMENT; KONSTANTINE KOSTAS TSISKAKIS; JULIA HERRERA SANTOS; VALERIO GUERRERO,

Defendants.

26-CV-7905 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

Plaintiffs filed this action *pro se*. By Order dated October 7, 2026, and entered on October 23, 2026, the Court dismissed the complaint for lack of subject matter jurisdiction but granted Plaintiffs 30 days' leave to file an amended complaint. (ECF No. 6.) The Order was mailed to Plaintiffs at their address of record. On November 4, 2026, the Court received from Plaintiffs: (1) a notice of change of address (ECF No. 7), and (2) a letter motion for an extension of time to file an amended complaint (ECF No. 8). In the motion, Plaintiffs assert that they never received the October 7, 2026, Order in the mail and that they only learned of the Order by accessing the electronic docket on November 4, 2026. Plaintiffs request a 30-day extension of time to file an amended complaint. (ECF No. 8, at 1.)

Plaintiffs' motion is granted. The Court grants Plaintiffs an additional 30 days' leave, as measured from the date of this Order, to file an amended complaint. If Plaintiffs file a timely amended complaint, the case shall be processed in accordance with the procedures of the Clerk's

Office. If Plaintiffs fail to file an amended complaint, the Court will dismiss this action for lack of subject matter jurisdiction.

**CONCLUSION**

The Court grants Plaintiffs an additional 30 days' leave, as measured from the date of this Order, to file an amended complaint. The Clerk of Court is directed to terminate the motion pending at ECF No. 8.

SO ORDERED.

Dated: November 12, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge